UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR. TELEPHONE NUMBER (702) 588-4935 | Case No. 2:21-mj-0141-NJK<br><br>**ORDER TO UNSEAL CASE**<br><br>(Docket No. 2) |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case is unsealed.

DATED this  25th  day of August, 2021.

_____
HON. NANCY J. KOPPE
United States Magistrate Judge